# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0119.  ROGER L. HICKS v. PISSARRO WRIGHT, et al.**

On August 31, 2020, the trial court entered an order granting Plaintiffs' motion for attorney fees and expenses against Roger Hicks. On November 17, 2020, Hicks filed an application for discretionary appeal seeking review of the trial court's order. We lack jurisdiction because Hicks's application is untimely.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). We lack jurisdiction to consider an untimely application.  See *Hill*, supra. Here, Hicks filed his application 78 days after the trial court's order was entered. Accordingly, we lack jurisdiction and the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/10/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*